### New York, L. E. & W. R. Co. *v.* Beirne *et al.*

*(Supreme Court, General Term, Second Department. May 12, 1890.)*

APPEAL—REVIEW—WEIGHT OF EVIDENCE.
    Where only two witnesses testify, the determination of the trial judge on a question of fact will not be reviewed by the general term.

Appeal from special term, Orange county.

Action by the New York, Lake Erie & Western Railroad Company against James W. Smith and Edward C. Beirne, to have determined who was the proper person to whom it might make payment of the wages due defendant Smith. The court found that assignments of his wages executed by Smith in favor of Beirne were given for usurious loans, and gave judgment for Smith. Defendant Beirne appeals.

Argued before Dykman and Pratt, JJ.

. *John W. Lyon,* for appellant.   *A. Van Etten,* for respondent Smith.

Pratt, J. This case depends on the testimony of two witnesses. The trial judge, who saw them and heard their testimony, could decide which was in the right far better than an appellate court can do. There are no questions of law that require discussion. Judgment affirmed, with costs.